O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ACEDO, ) <br> ) <br> Petitioner, ) <br> v. ) <br> ) <br> JAMES A. YATES, Warden, ) <br> ) <br> Respondent. ) <br> ) | Case No. CV 09-06716-DMG (OP) <br><br> ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has conducted a *de novo* review of the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge, and the objections filed by Petitioner. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,[1]

/ / /

/ / /

/ / /

---

[1] The Court corrects the Report and Recommendation insofar as it should have indicated that Petitioner was sentenced to an aggregate state prison term of 120 years (not 157 years) to life. *See* Report and Recommendation at 2; Objections to Magistrate Judge's Report and Recommendation at 15 n.2.

1     IT IS ORDERED that Judgment be entered: (1) approving and adopting this
2 Report and Recommendation; and (2) directing that Judgment be entered denying the
3 Petition and dismissing this action with prejudice.

5 DATED:  July 25, 2011

                                    _____
                                    DOLLY M. GEE
                                    United States District Judge