JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ACEDO,<br><br>             Petitioner,<br>    v.<br><br>JAMES A. YATES, Warden,<br><br>             Respondent. | Case No. CV 09-06716-DMG (OP)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 25, 2011

DOLLY M. GEE
United States District Judge